STATE OF NEW JERSEY v. LANCE HIGGINS.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHNNIE FLOYD.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. SHARON HARRISON.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. HORACE COOPER.

June 27, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. LIONEL TEDDY MARCH.

June 27, 1989.

Petition for certification denied.